# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2021

162654 & (12)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JUSTIN DONOVAN BEACH,
     Defendant-Appellant.

SC: 162654
COA: 355432
Oakland CC: 2012-243851-FH

_____/

     On order of the Court, the application for leave to appeal the January 7, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for bond is DENIED.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2021

t0406

Clerk